IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CURTIS HALL,**

    *Petitioner*,

v.                                             Case No.: 4:20cv444-MW/MAF

**SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,**

    *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 23. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 23, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's second amended § 2254 petition, ECF No. 9, is **DISMISSED** as untimely." A certificate of appealability is **DENIED** and leave to appeal *in forma pauperis* is **DENIED**. The Clerk shall close the file.

**SO ORDERED on July 8, 2022.**

                                                            s/Mark E. Walker            
                                                            **Chief United States District Judge**